Jerry Shelton DYE *v.* STATE of Arkansas

CR 99-1023                                              3 S.W.3d 291

Supreme Court of Arkansas
Opinion delivered October 21, 1999

*Ben Beland*, for appellant.

No response.

PER CURIAM. Jerry S. Dye, by his attorney, has filed a motion for rule on the clerk. His attorney, Ben Beland, admits in his motion that the record was tendered late due to a mistake on his part.

We find an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

■ The motion for rule on the clerk is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.